IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, et al.,

        Plaintiff(s),

v.

ALLEN & ASSOCIATES (WY), LLC., et al.,

        Defendant(s).

Civil No. 03:21-cv-01013-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's Motion to Dismiss [8] is GRANTED and this action is DISMISSED.  Pending motions, if any, are DENIED AS MOOT.

Dated this 22nd day of April, 2022.

                                                by  /s/ Jolie A. Russo
                                                      Jolie A. Russo
                                                      United States Magistrate Judge